## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE RODRIGUEZ,<br><br>   *Plaintiff,*<br><br>v.<br><br>THE CITY OF PHILADELPHIA, et al.,<br><br>   *Defendants.* | CIVIL ACTION<br><br>NO. 20-00819 |

## ORDER

**AND NOW**, this 29th day of March 2021, upon consideration of the City of Philadelphia, Commissioner Ross and Officer Scott Schweizer's Motion to Dismiss for failure to prosecute (ECF 16), it is **ORDERED** that the Motion is **GRANTED**. This case is **DISMISSED with prejudice** and the Clerk of Court shall **CLOSE** it.

              BY THE COURT:


              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.